UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CHARLIE ANTHONY HANVEY,<br><br>           Plaintiff,<br><br>      v.<br><br>PAROLE DEPARTMENT, etc., et al.,<br><br>           Defendants. | No. CV 10-1602 AG (FFM)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Report and Recommendation of United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT IS ORDERED that defendants Agent Turoch, Agent Sainez, Agent Mata and CPS Ms. Martinez are dismissed with prejudice on the grounds set forth in the May 27, 2010 order and for failure to diligently prosecute. *See Link v. Wabash R.R. Co.*, 370 U.S. 626, 629-30 (1962); Fed. R. Civ. P. 41(b).

DATED: March 30, 2011

_____
ANDREW J. GUILFORD
United States District Judge