# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHARLIE ANTHONY HANVEY, | ) | Case No. CV 10-1602 AG (MRW) |
| Plaintiff, | ) | |
| vs. | ) | JUDGMENT |
| DIVISION-3 UNIT-1 PAROLE DEPT., | ) | |
| Defendant. | ) | |

Pursuant to the Order Adopting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATE: June 14, 2011

_____
HON. ANDREW GUILFORD
UNITED STATES DISTRICT JUDGE